# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129291

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CARL J. STRAUB,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129291
COA: 263099
Montcalm CC: 05-001341-FC

On order of the Court, the application for leave to appeal the August 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

p1219